Fill in this information to identify the case:

Debtor name __AFGO Development Company, Inc.__

United States Bankruptcy Court for the: ____Southern____ District of __TX__
(State)

Case number (If known): _____

United States Courts
Southern District of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk of Court

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mitchell Fitzhenry  430 Highway 6 South, Suite 100  Houston, TX 77079 | | Loan | | $203,500.00 | $0.00 | $203,500.00 |
| 2 | Provident Engineers, Inc.  9800 Centre Parkway  Suite 120  Houston, TX 77036 | | Professional Svcs | | $71,960.56 | $0.00 | $71,960.56 |
| 3 | Harrisburg Homes  8765 Spring Cypress Rd.  Suite L213  Spring, TX 77379 | | Contract EM | | $60,000.00 | $0.00 | $60,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |